BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIANGDA FENG,<br><br>                    Plaintiff,<br><br>           v.<br><br>Rand Beers, *et al.*,<br><br>                    Defendants. | No. 2:13-cv-2396 JAM DAD<br><br>**Stipulation and Order re: Dismissal** |

Pursuant to Federal Rule of Civil Procedure 41(a)(ii), the parties stipulate to dismissal of the lawsuit without prejudice.

Dated: April 24, 2014            Respectfully submitted,

                                 BENJAMIN B. WAGNER
                                 United States Attorney


                                  /s/ Audrey B. Hemesath
                                 AUDREY B. HEMESATH
                                 Assistant United States Attorney

i

/s/ Justin X. Wang
JUSTIN X. WANG
Attorney for the Plaintiff

Order

It is so ordered.

Date: April 24, 2014                    /s/ John A. Mendez
                                        UNITED STATES DISTRICT JUDGE